C/M.     D&F



Francisco Diaz
Registration No. 68525-053
Federal Correction Institution
P.O. Box 1000
Fort Dix, New Jersey 08640

February 16, 2005

RECEIVED
IN CHAMBERS OF
HON. JOANNA SEYBERT
FEB 22 2005

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

RE:  U.S.A. v. Francisco Diaz
     Docket Number 03-CR-799-01

Dear Judge Seybert:

    I am the Defendant in the above-captioned matter. Pursuant to a written request that I made to you on December 15, 2004, you entered an Order dated January 6, 2005, which stated, as follows:

> "It is this Court's recommendation that the defendant be designated to an Intensive Confinement Center when he becomes eligible.

    I would like to express my deepest gratitude to you for making this recommendation and feel very privilidged that you tooK time from your busy schedule to look into this matter for me. Unfortunately, as you are aware, the Intensive Confinement Center [Boot Camp] Program has been recently terminated by the BOP. Therefore, I will not be able to receive the benefits of this program as it no longer exists.

    I am respectfully requesting that you consider making a recommendation on my behalf for me to participate in the 500 hour Residential Drug and Alcohol Program [RDAP]. I am requesting your recommendation for reasons I previously explained to you in my December 15, 2004 letter. In that letter, I informed you that, contrary to my PSI, I have abused drugs, particularly cocaine, and alcohol in the past. Due to my tremendous difficulty in communicating in the English language, I thought that my attorney would contact the Probation Department to correct my PSI to indicate my past drug and alcohol abuse. I thought that he did. I am now painfully aware that he did not.

Honorable Joanna Seybert
February 16, 2005
Page 2

    Judge Seybert, I want to become rehabilitated. I have had a very difficult childhood as I was abused by my father. I want to be a good husband and father. I need the education and the discipline that the RDAP program will provide.

    Please consider making a written recommendation to Dr. Angelini, the individual here at Fort Dix FCI who is responsible for these placements, as well as Mr. T. Mulvey, Unit Manager, so that I can get a second chance in life.

    I thank you once again for your understanding and compassion.

    God Bless You.

                             Sincerely,

                             Francisco Diaz

*[Handwritten:]* Defendant's request for a recommendation to be permitted to participate in the RDAP is GRANTED.

SO ORDERED:

Joanna Seybert, USDJ
Dated: 2-24-05
Central Islip, NY